In the Matter of GERARD E. CONNORS et al., Respondents, against JASPER P. MESSINA et al., Appellants. [Peoples Party.]

In the Matter of GERARD E. CONNORS et al., Respondents, against JASPER P. MESSINA et al., Appellants. [Clean Government Party.]

Argued March 10, 1955; decided March 11, 1955.

*Joseph A. Suozzi* for appellants.

*Jacob J. Pincus* and *David Holman* for respondents.

In each proceeding: Order affirmed; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.